THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY L. DENNIS, individually, and Renee Canavan as the Personal Representative of the Estate of Wendy M. Dennis,

Plaintiffs,

v.

TESLA, INC.,

Defendant.

Case No. 3:25-cv-06052-DGE

**STIPULATED MOTION REGARDING DEADLINE TO RESPOND TO COMPLAINT**

NOTE ON MOTION CALENDAR:
December 11, 2025

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs Jeffrey L. Dennis and Renee Canavan (collectively, "Plaintiffs") and Defendant Tesla, Inc. ("Defendant," and, together with Plaintiffs, the "Parties") respectfully stipulate and move for an order extending the deadline for Defendant to respond to Plaintiffs' Complaint for Damages and Demand for Jury Trial [Dkt. No. 1] (the "Complaint").

Plaintiffs filed a Declaration of Service indicating Defendant was served on November 24, 2025. *See* Dkt. No. 4. Defendant's current deadline to respond to Plaintiffs' Complaint is December 15, 2025. The Parties have conferred and agree that, given the intervening holiday and as a courtesy to Defendant and their counsel, additional time is warranted for Defendant to respond

STIPULATED MOTION REGARDING
DEADLINE TO RESPOND TO COMPLAINT - 1
(Case No. 3:25-cv-06052-DGE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

to Plaintiffs' Complaint.

The Parties jointly request that the Court therefore extend Defendant's deadline to respond to the Complaint from December 15, 2025 to December 29, 2025.

This request is made in good faith and not for purposes of delay. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver of nor otherwise affect any right, defense, claim, or objection.

SO STIPULATED this 11th day of December, 2025.

| | |
|---|---|
| **PEGGY UNDERBRINK, ATTORNEY AT LAW** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Peggy Underbrink* <br> Peggy Underbrink, WSBA #38996 <br> PO Box 2463 <br> Bellingham, WA 98227 <br> Phone: (888) 811-0391 <br> peggy@peggyulaw.com | By: *s/ Kit W. Roth* <br> Patty A. Eakes, WSBA #18888 <br> Kit W. Roth, WSBA #33059 <br> Tjitske Dekker, WSBA #61558 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: patty.eakes@morganlewis.com <br> kit.roth@morganlewis.com <br> tjitske.dekker@morganlewis.com |
| **RIVERA LAW OFFICES, PLLS** <br><br> Celia M. Rivera, WSBA #30342 <br> 1800 Cooper Point Rd SW #114 <br> Olympia, WA 98502 <br> Phone: (360) 705-8200 <br> celia@riveralawoffices.com <br><br> *Attorneys for Plaintiffs* | *Attorneys for Defendant Tesla, Inc.* |

STIPULATED MOTION REGARDING DEADLINE TO RESPOND TO COMPLAINT - 2 <br> (Case No. 3:25-cv-06052-DGE)

MORGAN, LEWIS & BOCKIUS LLP <br> ATTORNEYS AT LAW <br> 1301 SECOND AVENUE, SUITE 3000 <br> SEATTLE, WASHINGTON 98101 <br> TEL +1.206.274.6400   FAX +1.206.274.6401

## ORDER

IT IS SO ORDERED.

DATED: December 15, 2025.

David G. Estudillo
United States District Judge

*Presented by:*

**PEGGY UNDERBRINK, ATTORNEY AT LAW**

By: *s/ Peggy Underbrink*
Peggy Underbrink, WSBA #38996
PO Box 2463
Bellingham, WA 98227
Phone: (888) 811-0391
peggy@peggyulaw.com

**RIVERA LAW OFFICES, PLLS**

Celia M. Rivera, WSBA #30342
1800 Cooper Point Rd SW #114
Olympia, WA 98502
Phone: (360) 705-8200
celia@riveralawoffices.com

*Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Kit W. Roth*
Patty A. Eakes, WSBA #18888
Kit W. Roth, WSBA #33059
Tjitske Dekker, WSBA #61558
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
          kit.roth@morganlewis.com
          tjitske.dekker@morganlewis.com

*Attorneys for Defendant Tesla, Inc.*

STIPULATED MOTION REGARDING
DEADLINE TO RESPOND TO COMPLAINT - 3
(Case No. 3:25-cv-06052-DGE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401